| | |
|---|---|
| **LAW OFFICES OF SANJAY CHAUBEY** | Mailing Address |
| 211 East 43rd Street, Suite 623 | 19 Stillman Lane, |
| New York, NY, 10017 | Pleasantville, NY 10570 |
| Phone: (212) 563-3223 | |
| Email: chaubeylaw@gmail.com | |

February 6, 2024

Via ECF

Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**RE: Rasiklal Bhuralal Salla v. Alejandro Mayorkas, et al., Index No. 23-cv-11047 (AS)**

Dear Judge Subramanian,

I represent Petitioner Rasiklal Bhuralal Salla in the captioned matter. I am writing this letter-motion pursuant to the Honorable Court's Individual Practices, Rule 3-E, requesting this court to adjourn the Initial Pretrial Conference scheduled on February 22, 2024 and postpone the same to a later date after March 8, 2024, when the answer of the Respondent is due.

The reason I make this request is that due to my prior travel plans, I will be travelling overseas from February 20th, to February 23rd, 2024, and therefore will not be able to attend the Pretrial Conference as scheduled by the Court.

I have conferred with Defendant's Attorney, Courtney E. Moran, and we are discussing preliminary facts about this matter. She also consents to my request for adjournment of the Initial Pretrial Conference in view of the filing deadline of Respondent's Answer on or before March 08, 2024. Accordingly, parties' time to file a Joint Letter, as well as a proposed Civil Case Management Plan and Scheduling Order will also be rescheduled to no later than Thursday of the week prior to the adjourned conference date.

This is the first request for adjournment in this matter.

1

Accordingly, I request the Honorable Court to reschedule the Initial Pretrial Conference after March 08, 2024, subject to the availability and convenience of the Honorable Court.

Your Honor's attention to this matter is greatly appreciated.

Respectfully,

/s/ Sanjay Chaubey
_____
Sanjay Chaubey, Esq. (SC-3241)
*Attorney for Petitioner*

Copy to:
(via ECF & E-Mail)

Courtney E. Moran
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY, 10007
Email: courtney.moran@usdoj.gov
Tel: (917) 836-0126

The conference is rescheduled for March 11 at 12:30 p.m.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 6, 2024