UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASIKLAL BHURALAL SALLA,

                  Plaintiff,

-against-

ALEJANDRO MAYORKAS et al.,

                  Defendants.

23-cv-11047 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Petitioner submitted his reply brief on June 12, 2024. Dkt. 36. On June 21, 2024, the Supreme Court issued its decision in *Department of State v. Munoz*, 2024 WL 3074425, at *3 (U.S. June 21, 2024). By July 9, 2024, Petitioner may submit a supplemental letter brief, not exceeding five double-spaced pages, addressing *Munoz*'s impact on this case.

    SO ORDERED.

Dated: July 2, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge