## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

RASIKLAL BHURALAL SALLA,

                      Petitioner,

-against-                                         23 **CIVIL** 11047 (AS)

                                                                     **JUDGMENT**

ALEJANDRO MAYORKAS et al.,

                      Respondents.

-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 10, 2024, Respondents' motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      July 11, 2024

                                                           **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                            **BY:** _____
                                                     **Deputy Clerk**